(132 So. 917)

**Ellis KING v. STATE.**

8 Div. 85.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Appeal dismissed.

(131 So. 921)

**W. M. KIRKLAND v. STATE.**

6 Div. 852.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Appeal dismissed.

(133 So. 924)

**Josh KITE v. STATE.**

4 Div. 757.

Court of Appeals of Alabama.
April 7, 1931.

RICE, J.
Appeal dismissed.

(132 So. 918)

**Reubin LACEY v. STATE.**

7 Div. 779.

Court of Appeals of Alabama.
March 3, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.